DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Watson<br><br>Case Below:<br>175 N.C. App. 796 | No. 120P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-144) | Denied<br>(04/06/06) |
| State v. Williams<br><br>Case Below:<br>175 N.C. App. 596 | No. 105P06 | 1. Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-375)<br><br>2. Def's Motion to Stay the Mandate | 1. Dismissed<br>(04/06/06)<br><br>2. Dismissed<br>03/06/06 |
| State v. Williams<br><br>Case Below:<br>174 N.C. App. 629 | No. 710P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA04-824) | Denied<br>(04/06/06) |
| State v. Williamson<br><br>Case Below:<br>175 N.C. App. 796 | No. 139P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-290) | Denied<br>(05/04/06) |
| State ex rel.<br>Utilities Comm'n v.<br>Carolina Power &<br>Light Co.<br><br>Case Below:<br>Utilities Comm'n | No. 649A03-2 | 1. Appellants' (Duke Power & N.C.<br>Electric Membership Corp.) Motion to<br>Dismiss Appeal (Utilities Comm'n)<br><br>2. Appellants' (NCMPA#1 and NCEMPA)<br>Motion to Dismiss Appeal | 1. Allowed<br>04/20/06<br><br>2. Allowed<br>04/20/06 |
| Van Reypen Assocs.<br>v. Teeter<br><br>Case Below:<br>175 N.C. App. 535 | No. 084P06 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA05-515) | Allowed<br>(04/06/06) |
| Walker v. Walker<br><br>Case Below:<br>174 N.C. App. 778 | No. 053P06 | Def's (Wayne Charles Walker) PDR Under<br>N.C.G.S. § 7A-31 (COA04-1601) | Denied<br>(05/04/06) |
| Willen v. Hewson<br><br>Case Below:<br>174 N.C. App. 714 | No. 011P06 | 1. Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-81)<br><br>2. Plt's PDR Under N.C.G.S. § 7A-31 | 1. Denied<br>(04/06/06)<br><br>2. Denied<br>(04/06/06) |
| Williams v. CSX<br>Transp., Inc.<br><br>Case Below:<br>176 N.C. App. 330 | No. 190P06 | 1. Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-488)<br><br>2. Def's Motion to Withdraw PDR | 1. ——<br><br>2. Allowed<br>(05/04/06) |